**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

IN RE:
Mathea Kelley                                              CASE NO. 11-51197
DEBTOR(S)                                                  Chapter 13

**MOTION RELATING TO USE OF INSURANCE PROCEEDS AND FOR**
**SUBSTITUTION OF COLLATERAL**

Comes now the Debtor, Mathea Kelley, by counsel, and herewith respectfully moves this Honorable Court to enter an Order permitting her to use certain insurance proceeds for the total loss of a motor vehicle to obtain a substitute vehicle and that said vehicle be substituted as collateral with Tidewater Motor Credit. More specifically, the Debtor's 2008 Chevrolet Equinox (VIN # 2CNDL23F486062844) which was pledged as collateral to Tidewater Motor Credit, was recently involved in a motor vehicle accident which will render the same a total loss. The insurance carrier has advised the Debtors that she is eligible to receive $13,307 as the total loss payout under the Nationwide insurance policy for this vehicle.

The Debtor desires to use these insurance proceeds to obtain a replacement vehicle and that said replacement vehicle be substituted as collateral with Tidewater Motor Credit. At this time, the Debtor is looking for a vehicle with the value or purchase price in the approximate amount of the insurance proceeds and desires to use the entire insurance proceeds to obtain a replacement vehicle and that Tidewater Motor Credit be given a lien on this replacement vehicle to substitute in place of the lien that was previously held on the 2008 Chevrolet Equinox.

In addition, the Debtor seeks an Order requiring Tidewater Motor Credit to release its lien on the 2008 Chevrolet Equinox upon payment of the insurance proceeds to the Debtors by Nationwide insurance company so that Nationwide may take the salvage on same.

WHEREFORE, it is respectfully prayed that this Court enter an Order directing the insurance carrier to pay to the Debtors the total loss insurance proceeds with regard to the 2008 Chevrolet Equinox and that the Debtor be afforded leave to use those insurance proceeds to obtain a replacement vehicle and that Tidewater Motor Credit be given a lien on that replacement vehicle to substitute the collateral which was previously held against the 2008 Chevrolet Equinox.

/s/ Ryan R. Atkinson
ATKINSON, SIMMS & KERMODE, PLLC
1608 Harrodsburg Road
Lexington, KY 40504
(859) 225-1745
(859) 254-2012 facsimile

## NOTICE

All Parties hereto will please take notice that the foregoing Motion shall come on for hearing on Thursday, June 7, 2012 at 9:30 a.m. or as soon thereafter as the business of the Court will allow, at the Chapter 13 Courtroom, 100 East Vines Street, Lexington, Kentucky 40507.

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing motion and attached modified plan was served by mail upon, the creditors, the Hon. Beverly Burden and United States Trustee and:

Tidewater Motor Credit
PO Box 13306
Chesapeake, VA  23325-3306

Nationwide
Attn:  Katie Beppler, CO-02-17
5525 Park Center Cir.
Dublin, OH 43017

on this 24th day of June 2012.

/s/ Ryan R. Atkinson
Attorney for Debtor