UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:
Mathea Kelley                                                                            CASE NO. 11-51197
DEBTOR(S)                                                                                Chapter 13

**ORDER DIRECTING PAYMENT OF INSURANCE PROCEEDS AND
PROVIDING FOR SUBSTITUION OF COLLATERAL**

This matter is before the Court upon the Debtor's Motion for Use of Insurance Proceeds and For Substitution of Collateral with Tidewater Motor Credit and with the Court being sufficiently advised, therefore;

IT IS HEREBY ORDERED that upon entry of this Order the insurance carrier insuring the Debtor's 2008 Chevrolet Equinox (VIN # 2CNDL23F486062844) shall issue the total loss insurance proceeds payable directly to the Debtor and the Debtor may use those insurance proceeds to obtain a replacement vehicle to replace the 2008 Chevrolet Equinox. Tidewater Motor Credit shall be granted a lien on the title to the replacement vehicle to substitute the lien which was held by Tidewater Motor Credit. Tidewater Motor Credit shall release its lien on the 2008 Chevrolet Equinox (VIN # 2CNDL23F486062844) upon issuance of the insurance proceeds to the Debtor so that the insurance carrier may obtain the salvage on the 2008 Chevrolet Equinox.

Pursuant to Local Rule 9022-1(c), Ryan R. Atkinson, shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within ten (10) days hereof.

Copies to:
Ryan R. Atkinson
The creditors
Hon. Beverly Burden
US Trustee

Tidewater Motor Credit
PO Box 13306
Chesapeake, VA  23325-3306

Nationwide
Attn:  Katie Beppler, CO-02-17
5525 Park Center Cir.
Dublin, OH 43017